# EXHIBIT D

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

HBL SNF, LLC, et al.

v.

White Plains Healthcare Properties I, LLC, et al.

**ORDER TO SHOW CAUSE**

Appellate Division Docket No.:

2021-04743

Upon the annexed affidavit of __John Giardino, Esq.__, dated __June 22____, 20_21_, and the papers annexed thereto,

LET White Plains Healthcare Properties I, LLC and Metropolitan Commercial Bank SHOW CAUSE BEFORE THIS COURT, at the courthouse thereof, located at 45 Monroe Place, Brooklyn, New York, 11201, on the _9th_ day of _July_, 20_21_, at 9:30 o'clock in the forenoon of that date or as soon thereafter as counsel may be heard, why an order should not be made and entered:

1. Preliminarily enjoining Defendants and their agents during the pendency of this action from auctioning or otherwise selling the majority ownership interest in a nursing home facility to which White Plains has no relationship whatsoever.
2. Restraining Epic from making any transfers out of the rent security account.
3. Granting leave to appeal from the order to show cause dated June 30, 2021.
4. Granting such other and further relief as to the court may seem just and equitable.

**SUFFICIENT CAUSE THEREFOR APPEARING**, it is

**ORDERED** that pending the hearing and determination of this motion ~~Defendants HBL SNF, LLC et al. are temporarily enjoined and restrained from auctioning or selling the majority ownership interest in the nursing home facility; and any transfers out of the rent security account~~ ~~are stayed~~; and it is further, [TRO stricken]

**ORDERED** that service of a copy of this order to show cause and the papers upon which it was made upon _counsel for plaintiff and MCB_ by

- ~~personal delivery pursuant to CPLR 2103(b)(1)~~
- ~~office delivery pursuant to CPLR 2103(b)(3)~~
- ~~overnight delivery service pursuant to CPLR 2103(b)(6)~~
- ☑ electronic mail delivery

on or before _July_ _1_, 20_21_, shall be deemed sufficient service thereof.

Dated: Brooklyn, New York
_July_ _1_, 20_21_

_Francesca E. Connolly_

Hon. Francesca E. Connolly, Associate Justice
Appellate Division: 2nd Department



## NYSCEF - Appellate Division - 2nd Dept

# Confirmation Notice

The NYSCEF website has received an electronic filing on 07/06/2021 02:59 PM. Please keep this notice as a confirmation of this filing.

**2021-04743**
**White Plains Healthcare Properties I, LLC v. HBL SNF, LLC et al**

### Documents Received on 07/06/2021 02:59 PM

| Doc # | Document Type |
|---|---|
| 3 | ORDER TO SHOW CAUSE |

### Filing User

John J. Giardino | jgiardino@mrllp.com | 212-730-7700
800 3rd Avenue 24th Floor, New York, NY 10022

### E-mail Notifications

An email regarding this filing has been sent to the following on 07/06/2021 02:59 PM:

  ALEXANDER W. BARNETT-HOWELL - abarnett-howell@mrllp.com
  ALFRED E. DONNELLAN - aed@ddw-law.com
  JOHN J. GIARDINO - jgiardino@mrllp.com

**Aprilanne Agostino, Clerk of the Court**
Website: http://www.nycourts.gov/courts/ad2

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile



**NYSCEF - Appellate Division - 2nd Dept**

# Confirmation Notice

**2021-04743**
White Plains Healthcare Properties I, LLC v. HBL SNF, LLC et al

## Email Notifications NOT Sent

| Role | Party | Attorney |
|---|---|---|
| Respondent | METROPOLITAN COMMERCIAL BANK | No consent on record. |
| Respondent | CCC EQUITIES, LLC | No consent on record. |
| Respondent | PROJECT EQUITY CONSULTING | No consent on record. |
| Respondent | THE CONGRESS COMPANIES | No consent on record. |
| Respondent | HOWARD FENSTERMAN | No consent on record. |
| Respondent | WILLIAM NICHOLSON | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

**Aprilanne Agostino, Clerk of the Court**
Website: http://www.nycourts.gov/courts/ad2

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of  2