# EXHIBIT E

## NOTIFICATION OF DISPOSITION OF COLLATERAL

June 9, 2021

**To:**

| | |
|---|---|
| Lizer Josefovic | Metropolitan Commercial Bank |
| 53 Mariner Way | 99 Park Avenue, 4th floor |
| Monsey, New York 10952-1248 | New York, New York 10016 |
| | |
| Windels Marx Lane & Mittendorf, LLP | Michelman & Robinson, LLP |
| 156 West 56th Street | 800 Third Ave., 24th Fl |
| New York, New York 10019 | New York, NY 10022 |
| Attn: Michele Arbeeny, Esq. | Attn: John Giardino, Esq. |
| Robert Malatak, Esq. | Alex Barnett-Howell, Esq. |

**From:** Howard Fensterman as nominee for White Plains Healthcare Properties, LLC, 2 Bourbon Street, Peabody, Massachusetts 01960 (Secured Party)

**Re:** Collateral Assignment and Pledge of Membership Interest and Security Agreement (the "Pledge"), dated August 11, 2017, made by and between Lizer Josefovic ("Assignor") and Howard Fensterman, as nominee for White Plains Health Care Properties, LLC ("Assignee") as such agreement may have been further amended or modified from time to time.

We will sell the Collateral described in Exhibit A hereto and made a part hereof to the highest qualified bidder in public as follows:

| | |
|---|---|
| **Day and Date:** | Thursday, July 1, 2021 |
| **Time:** | 10:00 a.m. |
| **Place:** | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601, phone: 914-681-0200. |

You are entitled to, at no charge, an accounting of the unpaid indebtedness secured by the collateral that we intend to sell. You may request an accounting by contacting Alfred E. Donnellan DelBello Donnellan Weingarten Wise & Wiederkehr, LLP One North Lexington Ave. White Plains, NY 10601, Phone: 914-681-0200.

Very truly yours,

*/s/ Howard Fensterman*

Howard Fensterman as nominee for
White Plains Health Care Properties, LLC

1

## **EXHIBIT A**

The Collateral to be sold consists of:

All rights, title and interest of Lizer Josefovic as a member in Waterview Acquisition 1,
LLC.

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                               )ss:
COUNTY OF WESTCHESTER    )

MARISA WARSHAW, being sworn says:

I am not a party to the action, am over 18 years of age and reside at White Plains, New York (office).

On June 9, 2021 I served a true copy of the annexed Notification of Disposition of Collateral in the following manner:

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

**Certified Mail, Return Receipt Requested Tracking No.**
**7019 1120 0000 5118 3636**
Lizer Josefovic
53 Mariner Way
Monsey, New York 10952-1248

**Certified Mail, Return Receipt Requested Tracking No.**
**7019 1120 0000 5118 3643**
Metropolitan Commercial Bank
99 Park Avenue, 4th floor
New York, New York 10016

**Certified Mail, Return Receipt Requested Tracking No.**
**7019 1120 0000 5118 3650**
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Attn: Michele Arbeeny, Esq.
     Robert Malatak, Esq.

**Certified Mail, Return Receipt Requested Tracking No.**
**7019 1120 0000 5118 3667**
Michelman & Robinson, LLP
800 Third Ave., 24th Fl
New York, NY 10022
Attn: John Giardino, Esq.
     Alex Barnett-Howell, Esq.

and

by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight

delivery service for overnight delivery. The address and delivery service are indicated

below:

**Federal Express Tracking No.**
**2802 0945 3673**
Lizer Josefovic
53 Mariner Way
Monsey, New York 10952-1248

**Federal Express Tracking No.**
**3802 0967 4508**
Metropolitan Commercial Bank
99 Park Avenue, 4th floor
New York, New York 10016

**Federal Express Tracking No.**
**2808 0981 8363**
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Attn: Michele Arbeeny, Esq.
        Robert Malatak, Esq.

**Federal Express Tracking No.**
**2802 1009 1931**
Michelman & Robinson, LLP
800 Third Ave., 24th Fl
New York, NY 10022
Attn: John Giardino, Esq.
        Alex Barnett-Howell, Esq.

_Marisa Warshaw_
MARISA WARSHAW

Sworn to before me this
9th day of June, 2021

_Teresa L. Piccillo_
NOTARY PUBLIC

TERESA L. PICCILLO
Notary Public, State of New York
No. 4849925
Qualified in Westchester County
Commission Expires February 18, 20___22



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)*        $
☐ Return Receipt *(electronic)*      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To        Lizer Josefovic
Street and     53 Mariner Way
City, State,   Monsey, New York 10952-1248

7019 1120 0000 5118 3636

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lizer Josefovic
53 Mariner Way
Monsey, New York 10952-1248

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9401 0026 5168 0720 64

2. Article Number *(Transfer from service label)*
7019 1120 0000 5118 3636

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery              ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

2607206.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Po

Sent To

Street a

City, St

Michelman & Robinson, LLP
800 Third Ave., 24th Fl
New York, NY 10022
Attn: John Giardino, Esq.
Alex Barnett-Howell, Esq.

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0000 5118 3667

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelman & Robinson, LLP
800 Third Ave., 24th Fl
New York, NY 10022
Attn: John Giardino, Esq.
Alex Barnett-Howell, Esq.

9590 9402 4956 9063 6209 78

2. Article Number *(Transfer from service label)*

7019 1120 0000 5118 3667

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Po

Sent To

Street a

City, Sta

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Attn: Michele Arbeeny, Esq.
Robert Malatak, Esq.

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Attn: Michele Arbeeny, Esq.
Robert Malatak, Esq.

9590 9402 4956 9063 6209 61

2. Article Number *(Transfer from service label)*

7019 1120 0000 5118 3650

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To     Metropolitan Commercial Bank
Street a￼    99 Park Avenue, 4th floor
City, Sta    New York, New York 10016

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0000 5118 3643

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Metropolitan Commercial Bank
99 Park Avenue, 4th floor
New York, New York 10016

9590 9402 4956 9063 6209 85

2. Article Number (Transfer from service label)

7019 1120 0000 5118 3643

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☑ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                        Restricted Delivery
☐ Insured Mail Restricted Delivery
(over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

ORIGIN ID:NESA    (914) 681-0200
MARISA WARSHAW
DELBELLO DONNELLAN WEINGARTEN WISE
1 N LEXINGTON AVE

WHITE PLAINS, NY 10601
UNITED STATES US

SHIP DATE: 09JUN21
ACTWGT: 0.12 LB
CAD: 114675706/WSXI3600

BILL SENDER

TO  **LIZER JOSEFOVIC**

**53 MARINER WAY**

**MONSEY NY 10952**
(914) 681-0200    REF: 0101960-001
INV:
PO:    DEPT:



FedEx.
Express

E

THU - 10 JUN 12:00P
PRIORITY OVERNIGHT
RES
10952
SWF

TRK#
0201    **2802 0945 3673**

NY-US

**EH PSBA**





**Marisa Warshaw**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, June 10, 2021 11:53 AM |
| **To:** | Marisa Warshaw |
| **Subject:** | [EXTERNAL] FedEx Shipment 280209453673: Your package has been delivered |



# Hi. Your package was delivered Thu, 06/10/2021 at 11:51am.



Delivered to 53 MARINER WAY, Monsey, NY 10952

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | <u>280209453673</u> |
| **FROM** | DelBello Donnellan Weingarten Wise<br>1 N Lexington Ave<br>White Plains, NY, US, 10601 |
| **TO** | Lizer Josefovic<br>53 Mariner Way<br>Monsey, NY, US, 10952 |

1

| | |
|---|---|
| **REFERENCE** | 0181960-001 |
| **SHIPPER REFERENCE** | 0181960-001 |
| **SHIP DATE** | Wed 6/09/2021 06:19 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | White Plains, NY, US, 10601 |
| **DESTINATION** | Monsey, NY, US, 10952 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:52 AM CDT 06/10/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

---

**Total Control Panel**                                                                                            Login

| | | |
|---|---|---|
| To: marisa@ddw-law.com | Message Score: 1 | High (60): Pass |
| From: prvs=1795a8b798=bounce@nds.fedex.com | My Spam Blocking Level: High | Medium (75): Pass |
| | | Low (90): Pass |
| | Block this sender | |
| | Block nds.fedex.com | |

*This message was delivered because the content filter score did not exceed your filter level.*

ORIGIN ID:NESA    (914) 681-0200
MARISA WARSHAW
DELBELLO DONNELLAN WEINGARTEN WISE
1 N LEXINGTON AVE

WHITE PLAINS, NY 10601
UNITED STATES US

SHIP DATE: 09JUN21
ACT WGT: 0.12 LB
CAD: 114675706/WSXI3600

BILL SENDER

TO
**METROPOLITAN COMMERCIAL BANK**
**99 PARK AVENUE**
**4TH FLOOR**
**NEW YORK NY 10016**
(914) 681-0200    REF 0181960-001
INV:
PO:    DEPT:



FedEx
Express

THU - 10 JUN 10:30A
PRIORITY OVERNIGHT

TRK#
0201    **2802 0967 4508**

**E3 JRAA**    **10016**
NY-US    **EWR**



**Marisa Warshaw**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, June 10, 2021 10:00 AM |
| **To:** | Marisa Warshaw |
| **Subject:** | [EXTERNAL] FedEx Shipment 280209674508: Your package has been delivered |



# Hi. Your package was delivered Thu, 06/10/2021 at 9:58am.



Delivered to 99 PARK, New York, NY 10016
Received by L.RIVERA

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 280209674508 |
| **FROM** | DelBello Donnellan Weingarten Wise |
| | 1 N Lexington Ave |
| | White Plains, NY, US, 10601 |
| **TO** | Metropolitan Commercial Bank |
| | 99 Park Avenue |

1

4th Floor

New York, NY, US, 10016

| | |
|---|---|
| **REFERENCE** | 0181960-001 |
| **SHIPPER REFERENCE** | 0181960-001 |
| **SHIP DATE** | Wed 6/09/2021 06:19 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | White Plains, NY, US, 10601 |
| **DESTINATION** | New York, NY, US, 10016 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**

2

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:00 AM CDT 06/10/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

---

**Total Control Panel**                                                                                           Login

| To: marisa@ddw-law.com | Message Score: 1 | High (60): Pass |
| From: prvs=67955bbca7=bounce@nds.fedex.com | My Spam Blocking Level: High | Medium (75): Pass |
| | | Low (90): Pass |
| | Block this sender | |
| | Block nds.fedex.com | |

*This message was delivered because the content filter score did not exceed your filter level.*

ORIGIN ID:NESA    (914) 681-0200
MARISA WARSHAW
DELBELLO DONNELLAN WEINGARTEN WISE
1 N LEXINGTON AVE

WHITE PLAINS, NY 10601
UNITED STATES US

SHIP DATE: 09JUN21
ACTWGT: 0.12 LB
CAD: 114675706/WSXI3600

BILL SENDER

TO  **ROBERT MALATAK, ESQ.**
**WINDELS MARX LANE & MITTENDORF LLP**
**156 W 56TH ST**

**NEW YORK NY 10019**
(914) 681-0200        REF 010195O-001
INV:
PO                        DEPT



FedEx
Express

**THU - 10 JUN 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201  **2802 0981 8363**

**E3 QNYA**

**10019**
NY-US  **EWR**



**Marisa Warshaw**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, June 10, 2021 10:08 AM |
| **To:** | Marisa Warshaw |
| **Subject:** | [EXTERNAL] FedEx Shipment 280209818363: Your package has been delivered |

# Hi. Your package was delivered Thu, 06/10/2021 at 10:05am.



Delivered to 156 W 56TH ST, NEW YORK, NY 10019
Received by S.KENNY

### OBTAIN PROOF OF DELIVERY

**TRACKING NUMBER**    <u>280209818363</u>

**FROM**    DelBello Donnellan Weingarten Wise
1 N Lexington Ave
White Plains, NY, US, 10601

**TO**    Windels Marx Lane & Mittendorf LLP
Robert Malatak, Esq.

1

156 W 56TH ST
NEW YORK, NY, US, 10019

| | |
|---|---|
| **REFERENCE** | 0181960-001 |
| **SHIPPER REFERENCE** | 0181960-001 |
| **SHIP DATE** | Wed 6/09/2021 06:19 PM |
| **DELIVERED TO** | Shipping/Receiving |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | White Plains, NY, US, 10601 |
| **DESTINATION** | NEW YORK, NY, US, 10019 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

LEARN MORE

**FOLLOW FEDEX**

2

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:07 AM CDT 06/10/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

---

**Total Control Panel**                                                                                      Login

To: marisa@ddw-law.com            Message Score: 1                    High (60): Pass
From:                              My Spam Blocking Level: High        Medium (75): Pass
prvs=7795f31233=bounce@nds.fedex.com                                   Low (90): Pass

                                  Block this sender
                                  Block nds.fedex.com

*This message was delivered because the content filter score did not exceed your filter level.*

3

ORIGIN ID:NESA          (914) 681-0200
MARISA WARSHAW
DELBELLO DONNELLAN WEINGARTEN WISE
1 N LEXINGTON AVE

WHITE PLAINS, NY 10601
UNITED STATES US

SHIP DATE: 09JUN21
ACTWGT: 0.12 LB
CAD: 114675706/WSXI3600

BILL SENDER

TO   JOHN GIARDINO, ESQ.
     MICHELMAN & ROBINSON LLP
     800 THIRD AVENUE
     24TH FLOOR
     NEW YORK NY 10022
(914) 681-0200         REF: 0191960-001
INV:
PO:                         DEPT:



FedEx
Express

E

THU - 10 JUN 10:30A
PRIORITY OVERNIGHT

TRK#
0201    2802 1009 1931

E3 JRBA            10022
              NY-US  EWR



**Marisa Warshaw**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, June 10, 2021 9:16 AM |
| **To:** | Marisa Warshaw |
| **Subject:** | [EXTERNAL] FedEx Shipment 280210091931: Your package has been delivered |



# Hi. Your package was delivered Thu, 06/10/2021 at 9:12am.



Delivered to 800 3RD AVE, New York, NY 10022

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 280210091931 |
| **FROM** | DelBello Donnellan Weingarten Wise<br>1 N Lexington Ave<br>White Plains, NY, US, 10601 |
| **TO** | Michelman & Robinson LLP<br>John Giardino, Esq.<br>800 Third Avenue |

1

24th Floor
New York, NY, US, 10022

| | |
|---|---|
| **REFERENCE** | 0181960-001 |
| **SHIPPER REFERENCE** | 0181960-001 |
| **SHIP DATE** | Wed 6/09/2021 06:19 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | White Plains, NY, US, 10601 |
| **DESTINATION** | New York, NY, US, 10022 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:15 AM CDT 06/10/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

---

**Total Control Panel**                                                                 Login

To: marisa@ddw-law.com              Message Score: 1                    High (60): Pass
From:                               My Spam Blocking Level: High        Medium (75): Pass
prvs=57954c79dc=bounce@nds.fedex.com                                    Low (90): Pass

                                    Block this sender
                                    Block nds.fedex.com

*This message was delivered because the content filter score did not exceed your filter level.*