# EXHIBIT I

Invoice Date: 06/15/2021

Westfair Communications, Inc.
701 Westchester Ave.
Suite 100J
White Plains, N.Y. 10604-3407
914-694-3600

Abrams, Fensterman, Fensterman
81 Main St
Ste 306
White Plains, NY 10601
Phone: 914-607-7010
Fax: - -

Your sales representative is:
Sylvia Sikoutris

| Issue Dates | Description | Amount |
|---|---|---|
| In Westchester County Business Journal: | | |
| LEG: Legal Advertising | | |
| 06/21/2021 - 06/28/2021 | Legal Advertising - 49 Lines<br>WATERVIEW ACQUISITION I, LLC<br>2 insertions | $ 107.80 |
| | Other Charges | $ 0.00 |
| | TOTAL CHARGES ----------> | $ 107.80 |

NOTICE OF SECURED PARTY PUBLIC AUCTION OF 71% OF THE MEMBERSHIP INTERESTS IN WATERVIEW ACQUISITION I, LLC
NOTICE IS HEREBY GIVEN that White Plains Health Care Properties, LLC ("Secured Party") will offer for sale at public auction the following property: all right, title and interest of Lizer Josefovic ("Josefovic") as a member in WATERVIEW ACQUISITION I, LLC, as such Collateral is described in that certain Collateral Assignment and Pledge of Membership Interest and Security Agreement, dated August 11, 2017, made by and between Lizer Josefovic and Howard Fensterman, as nominee for White Plains Health Care Properties, LLC, as such agreement may have been further amended or modified from time to time. It is the understanding and belief of the Secured Party, but without any warranty or representation by the Secured Party as to accuracy or completeness, that the Collateral consists of 71% of all rights, title and interest of Josefovic as a member in Waterview Acquisition I, LLC. The public auction will take place on July 1, 2021 starting at 10:00 a.m. Eastern Daylight Time (New York) at the law offices of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Ave., White Plains, New York 10601, phone: 914-681-0200. All interested prospective purchasers are invited to become Qualified Bidders. Only Qualified Bidders and their duly appointed agents and representatives will be permitted to attend the public auction. The terms of sale may be obtained by contacting the person named below.
Dated: June 21, 2021
Alfred E Donnellan
DelBello Donnellan Weingarten Wise
& Wiederkehr, LLP
One North Lexington Ave.
White Plains, NY 10601
Phone: 914-681-0200