

**DLA Piper LLP (US)**
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-5341
www.dlapiper.com

Rachel Nanes
Rachel.Nanes@us.dlapiper.com
T    305.423.8563

November 23, 2021

*Via ECF and First-Class Mail*

The Honorable Sean H. Lane
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    *In re HBL SNF, LLC* (the "Debtor"), Case No. 21-22623 (SHL); *White Plains Healthcare Properties I, LLC v. HBL SNF LLC, et al.*, Adv. Pro. No. 21-07096 (SHL): Follow-Up to Status Conference Held on November 15, 2021

Dear Judge Lane:

      DLA Piper LLP (US) represents Security Benefit Corporation and Security Benefit Life Insurance Company (collectively, "Security Benefit") in connection with the above-referenced bankruptcy case and adversary proceeding. We write in response to the Court's instructions at the status conference held on November 15, 2021 directing the relevant parties to meet and confer regarding the schedule and procedure to resolve the dispute related to that certain Amended and Restated Operating Lease (the "Lease"), dated November 19, 2015, between White Plains Healthcare Properties I, LLC ("WPHP") and the Debtor.

      As the Court is aware, Security Benefit Corporation serves as agent and Security Benefit Life Insurance Company as secured lender (the "Lender") under that certain Construction Loan Agreement (the "Loan Agreement") with WPHP, as borrower, dated August 18, 2017, pursuant to which the Lender loaned Thirty-Eight Million Five Hundred Thousand Dollars ($38,500,000.00) to WPHP (the "Loan"). The Loan is secured by, among other things, the real property that is the subject of the Lease.

      It is Security Benefit's understanding that WPHP and the Debtor have not reached an agreement with respect to a proposal for the scheduling and procedure to resolve the Lease termination issue discussed at the November 15 status conference and that those parties intend to file competing proposal letters. Given the lack of agreement among the parties, Security Benefit reserves all rights with respect to each party's proposal. Additionally, Security Benefit reserves all rights under the Loan Agreement, all related loan documents, and the Lease with respect to all matters arising out of or related to those agreements and the above-referenced bankruptcy case and adversary proceeding.

Sincerely,

*/s/ Rachel Nanes*

Rachel Nanes (seeking *pro hac vice* admission)