

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

December 3, 2021

**By ECF and Email**

The Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:    *White Plains Healthcare Properties I, LLC v. HBL SNF, LLC*,
              Case No. 21-07096 (SHL)

Dear Judge Lane:

    This firm represents White Plains Healthcare Properties I, LLC ("WPHC") in the above adversary proceeding. To avoid any confusion about the remand motion filed by WPHC today, we write to clarify that the remand motion does not seek remand of the claims between WPHC and the debtor that concern the lease (the "Lease Claims"), and thus the remand motion will not affect the parties' ongoing discussions about the course of the Lease Claims before this Court. The remand motion concerns different claims among non-debtor parties.

                                                 Respectfully,
                                                 /s/ Eric B. Fisher
                                                 Eric B. Fisher

cc:    Counsel of Record (by ECF and email)