

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

January 28, 2022

**By ECF and Email**

The Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: *White Plains Healthcare Properties I, LLC v. HBL SNF, LLC*, Case No. 21-07096

Dear Judge Lane:

We write on behalf of White Plains Healthcare Properties I, LLC ("Plaintiff"), and with the consent of Debtor's counsel, in connection with the above-referenced adversary proceeding (the "Action"). The parties have agreed to the following schedule with regard to Plaintiff's pending summary judgment motion in the Action:

February 11, 5:00 pm – Simultaneous exchange of supplemental briefs

March 11, 5:00 pm – Simultaneous exchange of reply briefs

March 24, 11:00 am – Hearing on summary judgment motion

The parties jointly request that the Court approve the above schedule.

Respectfully,

/s/ Eric B. Fisher
Eric B. Fisher

cc: Counsel of Record (by ECF and email)

**MEMORANDUM ENDORSED ORDER:**
**The proposed briefing schedule is approved. The hearing is scheduled on March 24, 2022 at 11:00 a.m.**

**Dated: February 10, 2022**

*/s/ Sean H. Lane*
**United States Bankruptcy Judge**