# **Exhibit 4**



**THE CONGRESS COMPANIES**

West Peabody Executive Center, 2 Bourbon Street, Suite 200, Peabody MA, 01960   Phone: 978.535.6700   Fax: 978.535.6701

# Transmittal Cover Sheet

| | | |
|---|---|---|
| **WHITE PLAINS HEALTHCARE** | Project # 415 | White Plains Healthcare Properties I, LLC |
| 120 Church Street<br>White Plains, NY 10601 | Tel: 978.535.6700  Fax: 978.535.6701 | |

**Date: 07/16/2020**                                                                                                       **Reference Number:   264**

| Transmitted To | Transmitted By |
|---|---|
| Blaine Hirsch<br>Security Benefit Corporation<br>1 SW SECURITY BENEFIT DRIVE<br>Topeka, KS 66636<br>Tel: 785.438.3000<br>Fax: 785.368.1772 | Kim Jackson<br>White Plains Healthcare Properties I, LLC<br>2 Bourbon Street<br>Peabody, MA 01960<br>Tel: 978.535.6700 ext. 125<br>Fax: 978.535.6701 |

| Package Transmitted For | Delivered Via |
|---|---|

**Cc:**
William Nicholson, White Plains Healthcare Properties I, LLC
Edward Tabor, White Plains Healthcare Properties I, LLC
Howard Fensterman, White Plains Healthcare Properties I, LLC
Chuck Hoag, Bradford Allen

**Remarks**

Enclosed for your use and information please find attached the following document pertaining to White Plains Health Care Properties:

* Letter to Security Benefit regarding Mortgage Loan Extension

If you require further assistance please contact Edward O. Tabor, CFO at (978) 535-6700 ext. 115 or via email: etabor@congressconstruction.com

Thank you.

encl.



# THE CONGRESS COMPANIES
General Contractors, Construction Managers, Property Managers, Development Services

BOSTON:
West Peabody Executive Center
2 Bourbon Street
Peabody, MA 01960
Phone: 978-535-6700
Fax:    978-535-6701
inquire@congressconstruction.com

NEW YORK:
1111 Marcus Ave.
Building A, Suite LL08
Lake Success, NY 11042
Phone: 516-328-6490
Fax:    516-328-6464

July 15, 2020

Blaine Hirsh  
Security Benefit Corporation  
One Security Benefit Place  
Topeka, Kansas 66636

**Via: Email & USPS Delivery**  
(blaine.hirsh@securitybenefit.com)

RE: **WHITE PLAINS HEALTH CARE PROPERTIES I, LLC MORTGAGE LOAN**

Blaine,

This letter is to address the status of the above referenced loan.

As you are likely aware, we are in the process of working closely with the Tenant to purchase part of our interests in the property. The Tenant has obtained a Term Sheet form Huntington National Bank, sufficient to pay off the Security Benefit 1st Mortgage Loan, and the Bradford Allen Mezzanine Loan.

We are currently in the process of working through the complexities of transaction structure, tax ramifications to all of the parties, lease and other terms which we will need to work out, in order to address the parties' and new lenders' requirements surrounding this inherently complicated transaction.

As you will certainly recall in the process of making this loan, closing a skilled nursing home transaction in the State of NY is a time consuming and complex endeavor. While we closed our original transaction in August of 2017, and while that closing took place far later than we had all envisioned, it closed, and we have a trophy asset. Similarly, we are confident in both the value of this asset, and the transaction at hand.

1
Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010711

In order to effectuate the transaction in a manner that optimizes the results for Security Benefit Corp, Bradford Allen and WPHCP, we propose an extension of 6-months from the current maturity date, with one additional 6-month extension provided the Borrower is current on interest payments. The current interest rates would apply.

In addition, to meet the needs of all parties, we are prepared to provide a Direction Letter to the Tenant, which would be irrevocable during the term of the loan, to direct the Tenant to pay Rent to the 1st Mortgage and Mezzanine lenders to the extent of the monthly interest, and the remaining Rent paid directly to the Landlord.

In closing, I don't think you've had the pleasure of visiting the completed facility, and with the current pandemic, it's likely that you'll not have the opportunity to meet with us and tour it. So, we have taken the liberty of enclosing photos of the completed project. I'm sure that you'll enjoy and appreciate the views of this unique asset.

Looking forward to a successful closeout.

**WHITE PLAINS HEALTH CARE PROPERTIES**

William A. Nicholson
Manager

cc:    Howard Fensterman, White Plains Health Care Properties
       Edward Tabor, White Plains Health Care Properties
       Charles Hoag, Bradford Allen

2
Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010712





3

Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010713





4
Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010714





5

Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010715





6

Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010716





7
Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010717



8
Congress Construction Corp.
Congress Building Corp.
PCE Management
PCE Properties

WPH0010718