# Exhibit 1

FILED: WESTCHESTER COUNTY CLERK 10/25/2021 11:01 PM
NYSCEF DOC. NO. 248
INDEX NO. 60278/2020
RECEIVED NYSCEF: 10/25/2021

21-07096-shl   Doc 37-1   Filed 02/11/22   Entered 02/11/22 17:46:27   Exhibit 1
Pg 2 of 4

**HBL SNF, LLC**
000056
DBA EPIC REHABILITATION AND NURSING AT WHITE PLAINS

CITY OF WHITE PLAINS-TAX BILL

1308
1308

| 188132 | 125.67-3-1 | 07/01/20 | 353999.10 | 0.00 | 0.00 | 353999.10 |

UPS 0.29.20

Acct: 10112000

Check Date 07/28/20     Total     353999.10

2432 1645001

# CITY OF WHITE PLAINS - TAX BILL

255 Main Street, Room 102
White Plains, NY 10601
Phone: 914-422-1248
www.whiteplainsny.gov

**FISCAL YEAR 2021**

**1st INSTALLMENT DUE**

WHITE PLAINS HEALTHCARE
PROPERTIES 1, LLC
2 BOURBON ST
SUITE 200
PEABODY, MA 01960

| | |
|---|---|
| LIEN DATE: | July 01, 2020 |
| PAYABLE BY: | July 31, 2020 |
| ACCOUNT NUMBER: | 125.67-3-1 |
| BILL NUMBER: | 188132 |
| TAX AMOUNT PAYABLE | $353,999.10 |

PROPERTY LOCATION: 120 CHURCH ST
PROPERTY DESCRIPTION: SBL 125.67-3-1
PROPERTY CLASS: 642 ALL OTHER HEALTH FAC
TAX WARRANT DATE: June 01, 2020
ESTIMATED STATE AID: CITY 5,463,256  SCHL 27,869,477
NYS SCHOOL DISTRICT CODE: 699

**IMPORTANT: PLEASE READ THE INFORMATION ON THE BACK OF THIS BILL**

| LEVY DESCRIPTION | ASSESSED VALUE | TAXABLE VALUE | TAX RATE | TOTAL TAX AMOUNT | PAYMENT DUE |
|---|---|---|---|---|---|
| CITY TAX | 780,000 | 780,000 | 224.5200 | 175,125.60 | |
| SCHOOL TAX | 780,000 | 780,000 | 683.1700 | 532,872.60 | |
| Less: STAR SAVINGS | | | | .00 | |
| TOTAL DUE AFTER STAR | | | | 707,998.20 | $353,999.10 |

THIS BILL COVERS THE PERIOD 07/01/2020 TO 12/31/2020

| LEVY DESCRIPTION | TOTAL TAX LEVY | % CHANGE FROM PRIOR YEAR |
|---|---|---|
| CITY TAX | $63,879,523 | 3.9800 |
| SCHOOL TAX | $182,720,711 | 4.0900 |

ESTIMATED FULL MARKET VALUE OF PARCEL  29,433,962
UNIFORM PERCENTAGE OF VALUE  2.65%
TOTAL ASSESSED VALUE  780,000

YOUR TAX SAVINGS RESULTING FROM THE NYS SCHOOL TAX RELIEF (STAR) PROGRAM IS: .00
This year's STAR exemption benefit cannot exceed last year's benefit.



| CODE | X440·1800 | AMT | 353,999.10 |
| CODE | | AMT | |
| CODE | | AMT | |
| ENTERED | 7/2020 | | |
| PAYDATE | | CK# | |

RECEIVED JUL 6 - 2020
ROUTING:
PM:
ACCT:
CEO:
ORIGINAL
FIELD:
ADMIN:
EST:

VIEW AND PAY YOUR PROPERTY TAXES ONLINE AT: www.whiteplainsny.gov

REMITTANCE COPY - TO ENSURE PROPER CREDIT; PLEASE RETURN THIS PORTION OF THE BILL WITH YOUR PAYMENT

**STATEMENT OF TAXES - FISCAL YEAR 2021**

CITY OF WHITE PLAINS
PO BOX 5086
WHITE PLAINS, NY 10602

PROPERTY LOCATION: 120 CHURCH ST
2021 CITY    175,125.60
2021 SCHL   532,872.60

| | |
|---|---|
| DATE PAYMENT DUE: | July 31, 2020 |
| Account Number: | 125.67-3-1 |
| Bill Number: | 188132 |
| TAX AMOUNT PAYABLE | $353,999.10 |

Make checks payable to: CITY OF WHITE PLAINS
Payment Amount Enclosed  $

006928

WHITE PLAINS HEALTHCARE
PROPERTIES 1, LLC
2 BOURBON ST
SUITE 200
PEABODY, MA 01960

CITY OF WHITE PLAINS
PO BOX 5086
WHITE PLAINS, NY 10602-5086

208202140018813250070799820900353999105

FILED: WESTCHESTER COUNTY CLERK 10/25/2021 11:01 PM
NYSCEF DOC. NO. 248
21-07096-shl    Doc 37-1    Filed 02/11/22    Entered 02/11/22 17:46:27    Exhibit 1
Pg 4 of 4
INDEX NO. 60278/2020
RECEIVED NYSCEF: 10/25/2021

## THE CONGRESS COMPANIES

West Peabody Executive Center, 2 Bourbon Street, Suite 200, Peabody MA, 01960    Phone: 978.535.6700    Fax: 978.535.6701

# Transmittal Cover Sheet

**WHITE PLAINS HEALTHCARE**                Project # 415                **White Plains Healthcare Properties I, LLC**

120 Church Street                          Tel: 978.535.6700  Fax: 978.535.6701
White Plains, NY 10601

**Date:** 07/06/2020                                                    **Reference Number:** 261

**Transmitted To**                                    **Transmitted By**
Lizer Josefovic                                       Kim Jackson
Water's Edge Rehabilitation & Healthcare              White Plains Healthcare Properties I, LLC
512 Union Street                                      2 Bourbon Street
Trenton, NJ 08611                                     Peabody, MA 01960
Tel: 609.393.8622                                     Tel: 978.535.6700 ext. 125
Fax: 609.393.9655                                     Fax: 978.535.6701

**Package Transmitted For**                           **Delivered Via**
Information                                           Email Delivery

**Cc:**
Edward Tabor, White Plains Healthcare Properties I, LLC
Danielle Feminella, Water's Edge Rehabilitation & Healthcare

**Remarks**

Enclosed for your use and information, please see attached the following document:

* City of White Plains, NY - Tax Bill - Fiscal Year2021 1st Installment - 120 Church St., White Plains, NY 10601

Please submit payment directly to the City of White Plains, NY and send a copy of such to White Plains Healthcare Properties for our own records.

Thank you.

encl.