# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## ONE BOWLING GREEN
## NEW YORK, NY 10004-1408

June 14, 2022

Supreme Court of New York,
Westchester County
Attention To: County Clerk's Office
111 Dr. Martin Luther King Jr. Blvd
White Plains, NY 10601

**IN RE:**

    **CASE NAME:** White Plains Healthcare Properties I, LLC v. HBL SNF LLC, *et al*.
    **CASE NUMBER: 21-7096 (SHL)**
    **INDEX NO: 60278/2020**

Dear:

    An order was signed on **6/9/2022**, by **Judge Sean H. Lane** of the U.S. Bankruptcy Court Southern District of New York (White Plains), remanding action back to the Supreme Court of the State of New York, Westchester County.

    In response to the order, we are providing you the following:

**X**    **CERTIFIED COPY OF THE ORDER**
**X**    **CERTIFIED COPY OF THE CASE DOCKET**

    Enclosed, please find a copy of this letter along with these documents. If you need further information regarding this matter, please contact Brent Leonardo Bush, Jr. at (212) 284-4066.

Sincerely,

                                                               VITO GENNA, CLERK

                                                    By: /s/ Brent Leonardo Bush, Jr.
                                                                Deputy Clerk