UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In re                                                                          Chapter 11

HBL SNF, LLC, d/b/a EPIC REHABILITATION        (Subchapter V)
AND NURSING AT WHITE PLAINS,
                                                                                    Case No. 21-22623 (SHL)

                              Debtor.

------------------------------------------------------------- X

WHITE PLAINS HEALTHCARE PROPERTIES
I, LLC,

                              Plaintiff,

            -against-                                                     Adversary Proceeding

HBL SNF, LLC, LIZER JOZEFOVIC A/K/A                  Adv. Pro. No. 21-07096 (SHL)
LIZER JOSEFOVIC, and MARK NEUMAN,

        Defendants and Third-Party Plaintiffs,

           -against-

CCC EQUITIES, LLC, PROJECT EQUITY
CONSULTING, THE CONGRESS COMPANIES,
HOWARD FENSTERMAN, WILLIAM
NICHOLSON, and METROPOLITAN
COMMERCIAL BANK,

               Third-Party Defendants.

------------------------------------------------------------- X

**ORDER DENYING DEBTOR'S MOTION FOR REARGUMENT OF THE
<u>MEMORANDUM OF DECISION DATED MAY 20, 2022</u>**

Upon the motion of HBL SNF, LLC, d/b/a Epic Rehabilitation and Nursing at White Plains (the "<u>Debtor</u>") for Reargument of the Memorandum of Decision Dated May 20, 2022 (the "<u>Motion</u>") [Adv. Pro. Dkt. No. 63]; and upon White Plains Healthcare Properties I, LLC's Memorandum of Law in Opposition to HBL's Motion for Reargument of the Memorandum of Decision Dated May 20, 2022 [Adv. Pro. Dkt. No. 65]; and upon the hearing on the Motion held

on July 19, 2022, wherein the Court issued a decision on the Motion from the bench (the "Hearing"); and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing, it is hereby.

**ORDERED**, that the Motion is denied in its entirety for the reasons set forth on the record during the Hearing, and it is further

**ORDERED**, that this Court shall retain jurisdiction over any disputes arising from this Order.

Dated:  New York, New York
        July 19, 2022

                                              */s/ Sean H. Lane*
                                              HONORABLE SEAN H. LANE
                                              UNITED STATES BANKRUPTCY JUDGE