# EXHIBIT A

# AP Vendor Payment History

| Paid Mth | CMAcct | Pay Method | CMRef | Paid Date | Amount | Discount | Deducts | Net |
|---|---|---|---|---|---|---|---|---|
| Trans Mth | APRef | Trans | InvDate | Invoice Description | Gross Invoice | Discount | Deducts | Net |
| **Vendor:** | **14700** | **Binder & Schwartz** | | | | | | |
| 11/21 | 10 | | Check: 1317 | 11/09/21 | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
| 11/21 | HBL | 1 | 11/05/21 Retainer for HBL | | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
| 02/22 | 10 | | Check: 40620238 | 02/22/22 | 108,383.66 | 0.00 | 78,383.66 | 30,000.00 |
| 12/21 | 10738 | 3 | 12/31/21 WHITE PLAINS | | 108,383.66 | 0.00 | 78,383.66 | 30,000.00 |
| 05/22 | 10 | | Check: 40620240 | 05/03/22 | 108,383.66 | 0.00 | 73,383.66 | 35,000.00 |
| 12/21 | 10738 | 3 | 12/31/21 WHITE PLAINS | | 108,383.66 | 0.00 | 73,383.66 | 35,000.00 |
| 06/22 | 10 | | Check: 40620241 | 06/03/22 | 108,383.66 | 0.00 | 78,383.66 | 30,000.00 |
| 12/21 | 10738 | 3 | 12/31/21 WHITE PLAINS | | 108,383.66 | 0.00 | 78,383.66 | 30,000.00 |
| 10/22 | 10 | | Check: 40620247 | 10/18/22 | 51,202.70 | 0.00 | 31,202.70 | 20,000.00 |
| 02/22 | 10765 | 2 | 02/15/22 WHITE PLAINS | | 51,202.70 | 0.00 | 31,202.70 | 20,000.00 |
| 12/22 | 10 | | Check: 40620249 | 12/13/22 | 81,650.30 | 0.00 | 31,650.30 | 50,000.00 |
| 01/22 | White Plains | 4 | 12/21/21 HBL Legal | | 81,650.30 | 0.00 | 31,650.30 | 50,000.00 |
| | | | | **Total for Binder & Schwartz** | | | | **215,000.00** |